1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7

8  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 11/9/06*

| | |
|---|---|
| CHICK KIN CHU, | ) |
|  | ) Case No. 06-4830 RMW |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DEPARTMENT OF HOMELAND SECURITY; *et al.*, | ) **STIPULATION TO DISMISS AND [] ORDER** |
|  | ) |
| Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to adjudicate such application within 14 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///
///
///
///
///

STIP. TO DISMISS
C 06-4830 RMW

| | | |
|---|---|---|
| 1 | Date: October 20, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

                                                /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: October 20, 2006                    /s/
GERI N. KAHN
Attorney for Plaintiff

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/9/06                            /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge